# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) **NOTICE OF HEARING** |
| v. | ) |
| | ) Case No.: CR-19-315-PRW |
| SHAUN LARON RUSSELL JR., | ) |

**NOTICE: All attorneys and other persons entering the U.S. Courthouse will be required to show valid photo identification.**

Type of Case:    ☐ CIVIL    ☒ CRIMINAL

☒ *TAKE NOTICE*
That a proceeding in this case has been scheduled for the place, date and time set forth below:

| Place | Room No: |
|---|---|
| William J. Holloway, Jr. United States Courthouse 200 N.W. 4th Street Oklahoma City, OK 73102 | **Courtroom No. 503** |
| | **Date and Time:** September 10, 2020 at 11:00 a.m. |

TYPE OF PROCEEDING:

**Hearing on Defendant Counsel's Motion to Withdraw as Attorney (Dkt. 26)**

☐ *TAKE NOTICE*
That the proceeding in this case has been rescheduled as indicated below:

| Place | Date and Time Previously Scheduled | Continued to (Date and Time) |
|---|---|---|
| | | |

JUDGE PATRICK R. WYRICK

9/1/2020                                   By: s/*Kathy Spaulding*
DATE                                                    Deputy Clerk