IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | No. CR-19-315-PRW |
| ) | |
| SHAUN LARON RUSSELL. JR., ) | |
| ) | |
| Defendant. ) | |

## WAIVER OF JURY TRIAL

I, the undersigned defendant, having been fully advised of the charges against me and of my rights in connection with the charges, do hereby waive those rights, including my right to a trial by jury, and agree to enter a plea of guilty to the court as provided by Rule 11 of the Fed. R. Crim. P.

Date: 9/18/20

_____
SHAUN LARON RUSSELL, JR.
DEFENDANT

_____
KYLE E. WACKENHEIM
COUNSEL FOR DEFENDANT

_____
CHARLES BROWN
COUNSEL FOR GOVERNMENT

Before _____
UNITED STATES DISTRICT JUDGE