## IN THE UNITED STATES DISTRICT COURT FOR THE

## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| -vs- | ) No. CR-19-315-PRW |
| SHAUN LARON RUSSELL, JR., | ) ) ) |
| Defendant. | ) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 9/21/2020

_____
Defendant's signature

_____
Signature of defendant's attorney

Kyle Wackenheim
_____
Printed name of defendant's attorney

_____
Judge's signature
PATRICK R. WYRICK
United States District Judge